**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **MONTASIA WALKER, as next of kin and personal representative of the Estate of LAMONT WALKER,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 1:26-cv-01020-STA-jay** |
| **HAYWOOD COUNTY; FREDERICK AGEE, individually and as the District Attorney General of District 28; JOHN DOE OFFICERS 1-5, individually and as officers of the Brownsville Police Department; and the CITY OF BROWNSVILLE,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER TO SHOW CAUSE WHY HAYWOOD COUNTY
SHOULD NOT BE DISMISSED AS A DEFENDANT**

The complaint in this matter was filed on February 6, 2026. However, no summons has been issued against Haywood County, and more than 90 days have elapsed. "Due process requires proper service of process for a court to have jurisdiction to adjudicate the rights of the parties." *O.J. Distrib., Inc. v. Hornell Brewing Co.*, 340 F.3d 345, 353 (6th Cir. 2003). The plaintiff "bears the burden of perfecting service of process and showing that proper service was made." *Sawyer v. Lexington-Fayette Urban Cnty. Gov't*, 18 F. App'x 285, 287 (6th Cir. 2001) (citation omitted). "[A]ctual knowledge and lack of prejudice cannot take the place of legally sufficient service." *LSJ Inv. Co. v. O.L.D., Inc.*, 167 F.3d 320, 324 (6th Cir. 1999).

Rule 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action

without prejudice against that defendant or order that service be made within a specified time." The decision of whether to dismiss an action without prejudice or enlarge the period of time in which service may be made is entrusted to the discretion of the Court. *See Henderson v. United States*, 517 U.S. 654, 662 (1996).

Plaintiff is hereby **ORDERED** to show cause within 14 days of the entry of this order why the claims against Haywood County should not be dismissed for failure to prosecute.  **If Plaintiff fails to respond to this order, those claims will be dismissed without further notice to Plaintiff.**

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 23, 2026